**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-1615

———————

THEODORE M. JUDY,

Plaintiff - Appellant,

versus

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, a
Public Entity,

Defendant - Appellee,

and

FIDELITY NATIONAL COLLECTIONS, Division of
Fidelity Properties, Incorporated; WEST
VIRGINIA UNIVERSITY HOSPITAL, INCORPORATED, a
West Virginia Corporation and a Functional
Operation Unit of West Virginia University
Board of Governors, a Public Entity,

Defendants.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  Frederick P. Stamp, Jr.,
District Judge.  (CA-02-156-1)

———————

Submitted:  November 30, 2004      Decided:  December 29, 2004

———————

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

John R. Goodwin, Las Vegas, Nevada, for Appellant. William S. Adams, MACCORKLE, LAVENDER, CASEY & SWEENEY, P.L.L.C., Morgantown, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore M. Judy appeals the district court's orders granting summary judgment to the West Virginia University Board of Governors and denying his motion for reconsideration in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Judy v. Fid. Nat'l Collections, No. CA-02-156-1 (N.D.W. Va. Nov. 7, 2003 & Apr. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED